■ ROSEANNE RANIERE et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 77489.) [605 NYS2d 1016] —Judgment unanimously affirmed without costs. Memorandum: There is no merit to claimants' contention that the trial court's findings are contrary to the weight of evidence. The resolution of issues of credibility is peculiarly within the province of the finder of fact *(see, Hess v Zoological Socy.,* 134 AD2d 824, 825; *Mikula v Duliba,* 94 AD2d 503, 508), and there is no basis in this record to disturb the trial court's resolution of issues of credibility in favor of the State. (Appeal from Judgment of Court of Claims, NeMoyer, J.—False Arrest.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.

■ STEPHEN COOK, Respondent, v BLUE RIDGE INSURANCE COMPANY, Appellant. [605 NYS2d 1015] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion to dismiss the complaint pursuant to CPLR 3216. In order to defeat defendant's motion, it was incumbent upon plaintiff to show a justifiable excuse for failure to file a note of issue within the 90-day period following defendant's demand, and to establish that he has a meritorious cause of action *(see,* CPLR 3216 [e]; *Zent v Board of Educ.,* 174 AD2d 1047; *Charlotte Lake Riv. Assocs. v American Ins. Co.,* 130 AD2d 947, *lv denied* 70 NY2d 605). The affidavit of plaintiff's attorney, submitted in opposition to the motion, does not provide a sufficient excuse for failure to comply with the demand and does not address the merits of the action *(see, Zent v Board of Educ., supra; Cox v Edmister,* 122 AD2d 557, *appeal dismissed* 68 NY2d 900). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.